# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CROOKED LANE CROSSING
CONDOMINIUM ASSOCIATION,

    Respondent

     v.

ALINA VOLKOVA, ALINA VOLKOVA-
BURDA,

    Petitioner

: No. 62 MM 2019
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 9th day of September, 2019, the Emergency King's Bench Application and the Application for Leave to File an Application for Special Relief are DENIED.